AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JUST GAMES INTERACTIVE ENTERTAINMENT LLC, d/b/a KUNG FU FACTORY, and f/k/a TINY FUN STUDIOS, a California limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GLU MOBILE INC., a Delaware corporation; KRISTEN JENNER, f/k/a KRIS KARDASHIAN, an individual; and JOHN DOES 1 to 10;<br><br>*Defendant(s)* | Civil Action No.   2:15-CV-8626 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glu Mobile Inc.
500 HOWARD STREET, SUITE 300
SAN FRANCISCO CA 94105
Kristen Jenner
25115 ELDORADO MEADOW RD
Hidden Hills, CA 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GERARD P. FOX
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*