QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Joseph M. Paunovich (Bar No. 228222)
    joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant GLU MOBILE INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUST GAMES INTERACTIVE ENTERTAINMENT LLC, d/b/a KUNG FU FACTORY, and f/k/a TINY FUN STUDIOS, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>GLU MOBILE INC., a Delaware corporation; KRISTEN JENNER, f/k/a KRIS KARDASHIAN, an individual; and JOHN DOES 1 to 10;<br><br>Defendants. | CASE NO. 2:15-cv-08626<br><br>**NOTICE OF LODGING OF NON-PAPER EXHIBIT**<br><br>Hearing Date: February 29, 2016<br>Hearing Time: 1:30 p.m.<br>Hearing Place: Ctrm. 15, Spring St.<br>Judge: Honorable Percy Anderson |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that pursuant to this Court's Local Rule 11-5.1 and in support of their Motion to Dismiss Plaintiff's Copyright Claim Pursuant to Rule 12(b)(6), defendant Glu Mobile Inc. hereby lodges the following non-paper exhibit with the Court:

1. One (1) DVD containing the video registration deposit of Glu Mobile Inc.'s copyrighted videogame *Kim Kardashian: Hollywood*, that was submitted to the United States Copyright Office, and registered effective January 23, 2015. This DVD is lodged as Exhibit B to the Declaration of Joseph M. Paunovich, submitted in support of Glu Mobile Inc.'s Motion to Dismiss Plaintiff's Copyright Claim Pursuant to Rule 12(b)(6). It is impossible to convert the video registration deposit into paper form and attach it directly to the document to which it relates. Copies of this DVD will be served on all parties forthwith.

By _____
    Joesph M. Paunovich
    Attorney for GLU MOBILE INC.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 27, 2016, I served true copies of the following document(s) described as:

**NOTICE OF LODGING OF NON-PAPER EXHIBIT (EXHIBIT B TO THE DECLARATION OF JOSEPH M. PAUNOVICH (D))**

on the parties in this action as follows:

| | |
|---|---|
| Gerard Fox Law<br>Gerard P. Fox<br>Morgan e. Pietz<br>18890 Century Park East, Suite 1410<br>Los Angeles, California 90067<br><br>Telephone: 310.441.0500<br>Facsimile: 310.441.4447<br><br>gfox@gerardfoxlaw.com<br>mpietz@gerardfoxlaw.com | Attorneys for Plaintiff *JUST GAMES INTERACTIVE ENTERTAINMENT LLC, d/b/a KUNG FU FACTORY, and f/k/as TINY FUN STUDIOS* |
| Kinsella Weitzman Iser Kump & Alsisert LLP<br>Michael J. Kump<br>Jonathan Steinsapir<br>808 Wilshire boulevard, 3rd Floor<br>Santa Monica, California 90401<br><br>Telephone: 310.566.9800<br>Facsimile: 310.566.9850<br><br>mkump@kwikalaw.com<br>jsteinsapir@kwikalaw.com | Attorneys for Defendant *KRISTEN JENNER f/k/a KRIS KARDASHIAN* |

06496-00003/7623413.1

-2-
PROOF OF SERVICE

Case 2:15-cv-08626-PA-AGR Document 20 Filed 01/27/16 Page 4 of 4 Page ID #:144

1    [ √ ]    **[BY FEDEX]** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       Executed on **January 27, 2016**, at Los Angeles, California.

*/s/ Albert V. Villamil*

**ALBERT V. VILLAMIL**

06496-00003/7623413.1

-3-

PROOF OF SERVICE