Gerard P. Fox (SBN 151649)
  gfox@gerardfoxlaw.com
Morgan E. Pietz (SBN 260629)
  mpietz@gerardfoxlaw.com
GERARD FOX LAW, P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile : (310) 441-4447

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST GAMES INTERACTIVE ENTERTAINMENT LLC, d/b/a KUNG FU FACTORY, and d/b/a TINY FUN STUDIOS, a California limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>GLU MOBILE INC., a Delaware corporation; KRIS JENNER, f/k/a KRIS KARDASHIAN, an individual; and JOHN DOES 1 to 10;<br><br>Defendants. | Case No.: 2:15-cv-08626-PA-AGRx<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Percy Anderson<br><br>Trial Date: Not Set |

**NOTICE OF VOLUNTARY DISMISSAL**

**TO ALL PARTIES AND COUNSEL OF RECORD,**

**PLEASE TAKE NOTICE** that Plaintiff Just Games Interactive Entertainment, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to all defendants.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.3, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither filed an answer to Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

The breach of implied contract claim is being concurrently refiled in the Los Angeles Superior Court.

DATED: February 1, 2016   GERARD FOX LAW, P.C.

*/s/ Gerard P. Fox*

Gerard P. Fox
Morgan E. Pietz
*Attorneys for Plaintiff*
JUST GAMES INTERACTIVE ENTERTAINMENT LLC,
d/b/a KUNG FU FACTORY, and
d/b/a TINY FUN STUDIOS, a California limited liability company